THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John Henry Backus,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-395
Submitted June 8, 2004  Filed June 
 22, 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia, and 
 Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  John Henry Backus appeals his 
 conviction for assault and battery of a high and aggravated nature.  We affirm [1] pursuant to Rule 220(b)(2), SCACR 
 and the following authorities:  State v. McHoney, 344 S.C. 85, 99, 544 
 S.E.2d 30, 37 (2001) (noting a contemporaneous objection is required to preserve 
 an issue for direct appellate review); State v. Huggins, 336 S.C. 200, 
 205, 519 S.E.2d 574, 577 (1999) (It is well-settled that issues may not be 
 raised for the first time on appeal.). 
AFFIRMED.
HEARN, C.J., STILWELL, J., and CURETON, A.J., 
 concur. 

 
 
 [1]        We decide this case without oral argument pursuant to Rule 
 215, SCACR.